UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

THOMAS GROSS,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No: 5:18-cv-64-Oc-30PRL

CAPIO PARTNERS, LLC,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Stipulation for Dismissal without Prejudice (Dkt. #13). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice, each party to bear their own attorney's fees and costs.

2.    All pending motions, if any, are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of July, 2018.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record